**DISMISSED and Opinion Filed July 26, 2024**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-24-00734-CV**

## IN RE JAMES MCCOY, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F02-02115**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Carlyle

In 2005, relator was convicted of aggravated sexual assault of a child under fourteen and sentenced to thirty-five years' confinement and a $10,000 fine. Before the Court is relator's June 17, 2024 petition for writ of mandamus. Relator, who is proceeding pro se, asks this Court to compel Dallas County District Clerk Felicia Pitre to file relator's Motion to Compel Dallas County District Court to File/Docket Motion for Grand Jury Minutes.

This Court may issue a writ of mandamus against a district clerk only as necessary to enforce the jurisdiction of the Court. *See* TEX. GOV'T CODE § 22.221(a). Relator acknowledges the limits of our jurisdiction, but he contends that his motion

is necessary to an article 11.07 proceeding and thus is necessary to enforce our jurisdiction.

We disagree. This Court has no jurisdiction over an article 11.07 petition for writ of habeas corpus; the matter proceeds initially before the trial court and then to the Court of Criminal Appeals. *Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117–18 (Tex. Crim. App. 2013) (orig. proceeding). We do not have jurisdiction to issue writs of mandamus in criminal law matters pertaining to article 11.07 proceedings. *See* TEX. CODE CRIM. PROC. art. 11.07, § 5; *In re Mooney*, No. 05-07-01348-CV, 2007 WL 3054284, at *1 (Tex. App.—Dallas Oct. 22, 2007, orig. proceeding) (mem. op.) (dismissing for want of jurisdiction inmate's petition for writ of mandamus when inmate requested Court to compel district clerk to file a motion relating to inmate's application for writ of habeas corpus pursuant to article 11.07). Thus, we lack jurisdiction to compel the district clerk to file relator's motion. *Cf.* TEX. CONST. art. V, § 5(c) (Court of Criminal Appeals has the power to issue writs of mandamus in criminal law matters).

Accordingly, we dismiss relator's petition for want of jurisdiction.


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

240734F.P05

–2–